# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 21, 2023

### NO. 03-23-00077-CV

**Norman Engel, Appellant**

**v.**

**Texas Department of Insurance-Division of Workers' Compensation and Commissioner Cassie Brown, in Her Official Capacity; The State of Texas and the Attorney General of the State of Texas by and through Ken Paxton in His Official Capacity as Attorney General of the State of Texas; and Illinois National Insurance Company, Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE JONES**

---

This is an appeal from the judgment signed by the trial court on January 10, 2023. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.